

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00179-CR

_____

BRUCE EARL GODLOCK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 36487-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Bruce Earl Godlock attempts to appeal from his conviction for delivery of a controlled substance. His sentence was imposed June 5, 2008, and no motion for new trial was filed. His notice of appeal was filed August 13, 2008.[1]

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Rule 26.2(a) of the Texas Rules of Appellate Procedure prescribes the time period in which a notice of appeal must be filed by a defendant in order to perfect appeal in a criminal case. A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended in open court, or within ninety days after sentencing if the defendant timely files a motion for new trial. TEX. R. APP. P. 26.2(a); *Olivo*, 918 S.W.2d at 522. Because no motion for new trial was filed, the last date Godlock could timely file his notice of appeal was July 7, 2008, thirty days after the day, according to his motion, the sentence was imposed in open court. *See* TEX. R. APP. P. 26.2(a)(1); 4.1(b). Further, no motion for extension of time was filed in this Court within fifteen days of the last day allowed for filing the notice of appeal.

---

[1]Counsel filed an "Out of Time Notice of Appeal" on behalf of Godlock. In that notice of appeal, counsel states that Godlock requested and was appointed counsel for appeal on or about June 5, but appointed counsel was not notified by the trial court of the appointment until August 13.

Godlock has failed to perfect his appeal. Accordingly, we dismiss the appeal for want of jurisdiction.


                                        Bailey C. Moseley
                                        Justice

Date Submitted:        August 19, 2008
Date Decided:          August 20, 2008

Do Not Publish